ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEDE QUINTANILLA DUMANAL a/k/a CLOTILDE BLAS DUMANAL, <br><br> Defendant. | CRIMINAL CASE NO. 05-00033 <br><br> **INDICTMENT** <br><br> **DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE** <br> [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)] (Count 1) <br><br> **DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE** <br> [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)] (Count 2) |

THE GRAND JURY CHARGES:

### COUNT I

On or about May 6, 2003, in the District of Guam, the defendant herein, DEDE QUINTANILLA DUMANAL a/k/a CLOTILDE BLAS DUMANAL, did knowingly and willfully distribute 10 grams net weight of methamphetamine hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT II

On or about September 30, 2003, in the District of Guam, the defendant herein, DEDE QUINTANILLA DUMANAL a/k/a CLOTILDE BLAS DUMANAL, did knowingly and willfully distribute 1.9 grams net weight of methamphetamine hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Dated this 30th day of March, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney