AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## GUAM

UNITED STATES OF AMERICA

V.

DEDE QUINTANILLA DUMANAL
aka CLOTILDE BLAS DUMANAL

**WARRANT FOR ARREST**

Case Number: CR-05-00033

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  DEDE QUINTANILLA DUMANAL
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

21:841(a)(1) & (b)(1)(B)(viii) - DISTRIBUTION OF METAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1) & (b)(1)(C) - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *signature* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/31/2005  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 4/1/05 | NAME AND TITLE OF ARRESTING OFFICER Daony Cho, DEA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/1/05 | | |