FILED

DISTRICT COURT OF GUAM

APR - 4 2005

MARY L.M. MORAN
CLERK OF COURT



## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **05-00033** |
| Plaintiff, | |
| vs. | O R D E R |
| **DEDE QUINTANILLA DUMANAL**<br>**aka CLOTILDE BLAS DUMANAL,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 4th day of April, 2005.

_____

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM