

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

DISTRICT COURT OF GUAM
APR - 4 2005
MARY L.M. MORAN
CLERK OF COURT

**CRIMINAL MINUTES**

**CASE NO.** CR-05-00033-001  **DATE:** 04/04/2005  **TIME:** 1:34:10 - 1:56:47

**HON.** JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE  **Law Clerk:** JUDITH HATTORI
**Official Court Reporter:** WANDA MILES  **Courtroom Deputy:** Leilani Toves Hernandez
**Court Recorder:** N/A  **CSO:** J. McDonald

**APPEARANCES**

**DEFT:** Dede Quintanilla Dumanal aka Clotilde Blas Dumanal  **ATTY:** KIM SAVO
(✓) PRESENT  (✓) CUSTODY  ( ) BOND  ( ) P.R.  (✓) PRESENT  ( ) RETAINED  (✓) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID  **AGENT:** DANNY CHO, D.E.A.
**U.S. PROBATION:** CARLEEN BORJA  **U.S. MARSHAL:** P. RABINA / S. LUJAN
**INTERPRETER:**  **LANGUAGE:**

**PROCEEDINGS:** INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT (SEALED)

(✓) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

(✓) DEFENDANT SWORN AND EXAMINED

  **AGE:**  **SCHOOL COMPLETED:** 12th Grade

(✓) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

(✓) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

(✓) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION (✓) INDICTMENT

**PRELIMINARY EXAMINATION SET FOR:**

**ARRAIGNMENT SET FOR:**

**TRIAL SET FOR:** May 30, 2005 at 9:30 a.m.

**PROCEEDINGS CONTINUED TO:** Wednesday, April 6, 2005 at 3:00 p.m. for Detention Hearing

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(✓) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR
    ( ) PROCESSING  (✓) DETENTION

**NOTES:**

Defendant entered a Not Guilty plea to both counts in the Indictment.
Trial Order executed
Government concurred with the Pre Trial Services Report for detention. Defense argued for release and called Agent Danny Cho to testify if the defendant is a flight risk. Agent Cho sworn and examined. Defense also requested for the defendant to be released to a third party custodian. Government had no objections to the release provided the custodian met the requirements set forth by the probation office.
Parties stipulated to continue the matter to allow for the custodian to be interviewed. The Court Granted the request.