**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES - GENERAL**

FILED
DISTRICT COURT OF GUAM
APR -7 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00033   DATE: 04/06/2005   TIME: 3:18 p.m.

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding         Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles                                          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 3:18:18 - 3:33:18           CSO: N. Edrosa

* * * * * * * * * * * * * * * * * * * * * * * **APPEARANCES** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** Dede Quintanilla Dumanal                         **ATTY:** Kim Savo
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.        ( X ) PRESENT   ( ) RETAINED   ( X ) FPD   ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                               AGENT:

U.S. PROBATION: CARLEEN BORJA                              U.S. MARSHAL: P. RABINA

INTERPRETER: _____        ( ) SWORN    LANGUAGE: _____

**PROCEEDINGS:**   **DETENTION HEARING**

( ) MOTION(s) ARGUED BY   ( ) GOVERNMENT   ( ) DEFENDANT(s)
( ) MOTION(s) ___Granted ___Denied ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED   ___Approved   ___Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**
The Court informed parties that the trial date previously given is a holiday and executed and Amended Trial Order moving the trial to May 31, 2005.

Defense informed the Court she was unable to obtain the third party custodian and stated her reasons. Defense for release on electronic monitoring. Government objected. Probation Officer Borja advised the Court that the current situation at the defendant's residence.

The Court continued the matter to Monday, April 11, 2005 at 1:30 p.m. to allow defense counsel and probation to assess the defendant's home for electronic monitoring conditions.

The Court ordered continued detention of the defendant until the next hearing.

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
(  ) DEFENDANT RELEASED (  ) as previously ordered (  ) see Release Conditions-
                                                        next page

Courtroom Deputy: _____