UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEDE QUINTANILLA DUMANAL ) <br> Defendant. ) <br> _____ ) | USDC Cr. No. 05-00033-001 <br><br> INFORMATIONAL REPORT |

**Re:   Informational Report; No Action Requested**

On April 4, 2005, the defendant made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., pursuant to an Indictment charging her with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); and Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). She was detained without bail. At a subsequent detention hearing on April 6, 2005, the Court ordered the probation office to investigate the possibility of the defendant's release to home confinement with electronic monitoring. On April 11, 2005, following another detention hearing before Magistrate Judge Joaquin V. E. Manibusan Jr., the defendant was ordered released to home confinement with electronic monitoring. An informational report was filed on April 15, 2005 for noncompliance with the home confinement program. Ms. Dumanal is alleged to have violated the following condition:

**Special Condition:** *The defendant shall participate in a Home Confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant is further restricted to her residence at all times except for medical needs or treatment, religious services, and Court appearances pre-approved by the Pretrial Services Office or supervising officer.* On April 14, 2005, this officer met with Ms. Dumanal at her residence and observed that in addition to the standard telephone that was connected to the home monitoring unit, a cordless telephone was also being utilized in the home, a violation of the home confinement program. It should be noted that on April 12, 2005, this officer reviewed the requirements of the home confinement program with Ms. Dumanal, which included that she could not utilize a cordless phone. This officer instructed Ms. Dumanal to disconnect the phone and refrain from utilizing it during the duration of the home confinement program.

INFORMATIONAL REPORT
Informational Report; No Action Requested
Re: DUMANAL, Dede Quintanilla
USDC Cr. Cs. No. 05-00033-001
April 19, 2005
Page 2


**Recommendation:** It is recommended that this report be for informational purposes only and no action be taken at this time. Ms. Dumanal has been warned of the consequesnces of further violations. Her compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic David, AUSA
    Kim Savo, Assistant Federal Public Defender
    File