JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DEDE QUINTANILLA DUMANAL



FILED
DISTRICT COURT OF GUAM
MAY 24 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00033 |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | CONTINUANCE OF TRIAL DATE AND |
| vs. ) | EXCLUDABLE TIME PERIODS UNDER |
| ) | SPEEDY TRIAL ACT; [PROPOSED] KRW |
| DEDE QUINTANILLA DUMANAL, ) | FINDINGS AND ORDER |
| ) | |
| Defendant. ) | Original Trial Date: May 31, 2005 |
| ) | Proposed Trial Date: July 12, 2005 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United

States of America, by and through its attorney of record, Assistant United States Attorney, Marivic

P. David, and defendant Dede Quintanilla Dumanal, by and through her attorney of record, Assistant

Federal Public Defender, Kim Savo, as follows:

1. Defendant first appeared before a judicial officer in the court in which this

charge is pending on April 4, 2005. The Indictment in this case was filed on March 31, 2005. The

Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that trial commence on or before June 14, 2005.

2. On April 4, 2005, defendant was arraigned on the Indictment. The court set a trial date of May 31, 2005.

3. The parties estimate that the trial in this matter will last approximately two to three days.

4. By this stipulation the parties jointly move that the trial date be continued from May 31, 2005 to July 12, 2005.

5. The parties agree and stipulate, and request that the court find the following:

a) Because of the nature of the case involves exposure to a mandatory minimum sentence of imprisonment of five years, defense counsel desires additional time to conduct further investigation, file any necessary motions and to prepare to defend Ms. Dumanal at trial on the charged offense. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective representation of Ms. Dumanal and for effective preparation, taking into account the exercise of due diligence.

b) Defense counsel has the following scheduled:

(i) Trial June 6, 2005 in the matter of United States v. Peter Blas, CR 05-00018;

2

(ii) Trial June 13, 2005 in the matter of <u>United States v. Harold Cruz</u>, Mag. 05-00007;

(iii) Trial July 6, 2005 in the matter of <u>United States v. Norman Chan</u>, CR 05-00036.

b) Based on the above stated findings, the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(1) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence:

(i) The time period of May 31, 2005 to July 12, 2005 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions fo the Speedy Trial Act dictate

//
//
//
//
//
//

3

that additional time periods are excludable from the period within which trial must commence.

DATED: Mongmong, Guam, May 18, 2005.

_____
KIM SAVO
Attorney for Defendant
DEDE QUINTANILLA DUMANAL

DATED: Hagatna, Guam, __5/20/05__ .

_____
MARIVIC P. DAVID
Attorney for Plaintiff
United States of America

The period commencing May 31, 2005 through July 12, 2005, inclusive, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). Trial shall commence on July 12, 2005 at 9:30 am Pretrial motions shall be filed by __June 14, 2005__ and heard on __July 5, 2005 at 10:30am__.

IT IS SO ORDERED.

DATED: Hagatna, Guam, __May 24, 2005__ .

_____
HON. JOAQUIN V.E. MAINBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
MAY 20 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4