
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. No. 05-00033-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INFORMATIONAL REPORT |
| | ) | |
| DEDE QUINTANILLA DUMANAL | ) | |
| Defendant. | ) | |
| | ) | |

**Re:** **Informational Report; No Action Requested**

On April 4, 2005, Dede Quintanilla Dumanal made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., pursuant to an Indictment charging her with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); and Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). She was detained without bail. At a subsequent detention hearing on April 6, 2005, the Court ordered the probation office to investigate the possibility of the defendant's release to home confinement with electronic monitoring. On April 11, 2005, following another detention hearing before Magistrate Judge Joaquin V. E. Manibusan Jr., the defendant was ordered released to home confinement with electronic monitoring. Informational reports were filed on April 15, 2005 and April 20, 2005 for noncompliance with the home confinement program. Ms. Dumanal is alleged to have violated the following condition:

**Special Condition:** *The defendant shall participate in a Home Confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant is further restricted to her residence at all times except for medical needs or treatment, religious services, and Court appearances pre-approved by the Pretrial Services Office or supervising officer.* On May 16, 2005, this officer received information from U.S. Probation Officer Judy Ann L. Ocampo that Ms. Dumanal had left her residence without authorization on May 15, 2005. This officer reviewed the Securicor Website and noted that Ms. Dumanal left her residence at 2:26 p.m. and returned at 3:06 p.m.

On May 16, 2005, this officer spoke with Ms. Dumanal, who stated she needed to go grocery shopping because she "was hungry." She acknowledged that she did not receive authorization to leave her home and that she needed to contact her officer via cell phone or pager to make arrangements for grocery shopping. It is important to note that she has a permanent schedule in place which allows her to go grocery shopping on Wednesdays and Saturdays, from 8:00 a.m. until 9:30 a.m., which she did not comply with. It should also be noted that earlier on the same date, this officer met with Ms. Dumanal and reminded her of the requirements of the home confinement program, which included that she not leave her home without authorization.

INFORMATIONAL REPORT
Informational Report; No Action Requested
Re:   DUMANAL, Dede Quintanilla
USDC Cr. Cs. No. 05-00033-001
May 19, 2005
Page 2


**Recommendation:** It is recommended that this report be for informational purposes only and no action be taken at this time. Ms. Dumanal has been warned that this is the third violation reported to the Court. She was advised of the consequences of further violations. Her compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Marivic David, AUSA
      Kim Savo, Assistant Federal Public Defender
      File