dededumanal2ind

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br><br>DEDE QUINTANILLA DUMANAL<br>a/k/a CLOTILDE BLAS DUMANAL,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00033<br><br>**SUPERSEDING INDICTMENT**<br><br>**DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)] (Count 1)<br>**DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)] (Count 2)<br>**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846] (Count 3) |

THE GRAND JURY CHARGES:

### COUNT I

On or about May 6, 2003, in the District of Guam, the defendant herein, DEDE QUINTANILLA DUMANAL a/k/a CLOTILDE BLAS DUMANAL, did knowingly and willfully distribute 10 grams net weight of methamphetamine hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

ORIGINAL

## COUNT II

On or about September 30, 2003, in the District of Guam, the defendant herein, DEDE QUINTANILLA DUMANAL a/k/a CLOTILDE BLAS DUMANAL, did knowingly and willfully distribute 1.9 grams net weight of methamphetamine hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT III

Between and on or about April 18, 2003, to September 30, 2003, in the District of Guam, the defendant herein, DEDE QUINTANILLA DUMANAL a/k/a CLOTILDE BLAS DUMANAL, and other known and unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute over 50 grams of methamphetamine hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii), and 846.

Dated this 16th day of June 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2