# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM
RECEIVED

15 JUN 2005 11:00 01

DISTRICT OF _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>DEDE QUINTANILLA DUMANAL aka<br>CLOTIDE BLAS DUMANAL<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: CR-05-00033<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>JUN 16 2005<br>MARY L.M. MORAN<br>CLERK OF COURT<br>(18) |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR | Friday, June 17, 2005 at 10:30 a.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1) & (b)(1(B)(viii) - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE - COUNT 1

21:841(a)(1) & (b)(1)(c) - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE - COUNT 2

21:841(a)(1), (b)(1)(A)(viii) - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE - COUNT 3

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

June 15, 2005
Date

# RETURN OF SERVICE

Service was made by me on:¹ 10 20 am        Date 6/16/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US MARSHALS OFC. DISTRICT COURT

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    6/16/05                    J.L.G. Solos
                  Date                    Name of United States Marshal

                                          _____
                                          (by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.