DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES - GENERAL**

DISTRICT COURT OF GUAM
JUN 17 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00033** **DATE: 06/17/2005** **TIME: 11:06 A.M.**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded - RUN TIME: 11:06:40 - 11:14:06

Law Clerk: JUDITH HATTORI
Courtroom Deputy: Virginia T. Kigore
CSO: B. Pereda

19

**APPEARANCES**

**DEFT: DEDE QUINTANILLA DUMANAL**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.

**ATTY : KIM SAVO**
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**

**AGENT: DANNY CHO, D.E.A.**

**U.S. PROBATION: CARLEEN BORJA**

**U.S. MARSHAL: W. GRAY**

**INTERPRETER:** ______ ( ) SWORN **LANGUAGE:** ______

**PROCEEDINGS: - INITIAL APPEARANCE RE SUPERCEDING INDICTMENT**
**- ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: ______, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 50 HIGH SCHOOL COMPLETED: ______
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: ______ at ______
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: CHARGES CONTAINED IN THE SUPERSEDING INDICTMENT
( ) COUNT(S) ______ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ______ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: ______ FOR RECOMMENDATION.

( ) SENTENCING DATE: ______ at ______ ( ) STATUS HEARING: ______ at ______
( ) PRESENTENCE REPORT ORDERED AND DUE: ______
( ) PRELIMINARY EXAMINATION SET FOR: ______
( ) ARRAIGNMENT SET FOR: ______ at ______
( X ) TRIAL SET FOR: AUGUST 8, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: ______ at ______
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: ______ at ______
( X) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defense requested the Court to continue the trial date because of the additional charge in the superceding indictment. Government stated that additional discovery has been provided to counsel and has no objection to continuing the trial date to give counsel the opportunity to review the discovery and prepare for trial. The Court moved the trial date to August 8, 2005.

Case 1:05-cr-00033 Document 19 Filed 06/17/2005 Page 1 of 1