PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: __Dede Quintanilla Dumanal__    Docket No. __CR#05-00033-001__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __JOHN W. SAN NICOLAS II__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Dede Quintanilla Dumanal__ who was placed under pretrial release supervision by the Honorable __Joaquin V.E. Manibusan, Jr., Magistrate Judge__ sitting in the court at __Hagatna, Guam__ on the __11th__ date of __April__, 20 __05__ under the following conditions:

*Please see Order Setting Conditions of Release filed on April 11, 2005 and Amended Order Setting Conditions of Release filed on April 19, 2005.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

*(If short insert here; if lengthy write on separate sheet and attach)*

*Please see attached violation report.*

**FILED**
DISTRICT COURT OF GUAM
JUN 22 2005
MARY L.M. MORAN
CLERK OF COURT

PRAYING THAT THE COURT WILL

*Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.*

ORDER OF COURT

Considered and ordered this __22nd__ day of __June__, 20 __05__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

Respectfully, __John W. San Nicolas II__
U.S. Pretrial Services Officer

Place: __Hagåtña, Guam__

Date: __June 21, 2005__

**RECEIVED**
JUN 22 2005
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| United States of America | ) | USDC Cr. Cs. No. 05-00033-001 |
| Plaintiff, | ) | |
| | ) | |
| | ) | DECLARATION IN SUPPORT OF PETITION |
| vs. | ) | |
| | ) | |
| DUMANAL, Dede Quintanilla, | ) | |
| Defendant. | ) | |

**Re:  Violation Report, Request for a Summons**

I, U.S. Probation Officer John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial for Dede Quintanilla Dumanal, and in that capacity declare as follows:

On April 4, 2005, Dede Quintanilla Dumanal made an Initial Appearance in U.S.D.C. Criminal Case Number 05-00033 on an Indictment charging her with Distribution of Methamphetamine Hydrochloride, in violation of 21 United States Code, Sections 841(a)(1) & (b)(1)(B)(viii) and Distribution of Methamphetamine Hydrochloride, in violation of 21 United States Code, Sections 841(a)(1) & (b)(1)(C). Ms. Dumanal was detained without bail.

On April 11, 2005, at a detention hearing the defendant was released on a personal recognizance bond with conditions that she report to the U.S. Probation Office as instructed, surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; maintain a fixed address; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to random urinalysis testing as instructed; refrain from obstructing or attempting to obstruct with testing or electronic monitoring; participate in home incarceration with electronic monitoring; report any contact with law enforcement personnel; participate in substance abuse treatment; not leave Guam without permission; and stay away from all ports of entry or exit. On April 19, 2005, conditions were modified by the Court to include placing the defendant on home detention with electronic monitoring instead of home incarceration.

On April 18, 2005, April 20, 2005, and May 24, 2005, Informational Reports were filed with the Court after Ms. Dumanal failed to comply with the requirements of the home confinement program. She is alleged to have violated the following condition:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for a Summons
Re: DUMANAL, Dede Quintanilla
USDC Cr. Cs. No. 05-00033-001
June 21, 2005
Page 2

**Special Condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.*

On June 6, 2005, Ms. Dumanal tested presumptive positive for methamphetamine at the drug testing vendor. However, she failed to provide an adequate amount of urine (stall) to send to the laboratory for confirmation testing. On June 9, 2005, this officer met with Ms. Dumanal, who denied use of methamphetamine. However, she related that she "took a couple of Percocet pills" given to her from a friend for "pain in her leg." She executed an admission form, admitting to taking one Percocet pill on June 5, 2005 and one Percocet pill on June 6, 2005. She stated the prescription was written for Anthony Perez, a friend who assists her with household chores and errands. She failed to provide this officer with a copy of the prescription.

**Supervision Compliance:** The probation officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

**Recommendation:** The Probation Officer respectfully requests that pursuant to 18 U.S.C. §3148, that this matter be scheduled for a hearing and a summons be issued for the defendant's appearance at that hearing to determine if his bail should be revoked or modified.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic David, Assistant U.S. Attorney
    Kim Savo, Defense Attorney
    File