AO 83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

MARSHALS-GUAM
RECEIVED
22 JUN 2005 14:00:01

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| DEDE QUINTANILLA DUMANAL<br>aka CLOTIDE BLAS DUMANAL | Case Number: CR-05-00033 |
| (Name and Address of Defendant) | |

**FILED**
DISTRICT COURT OF GUAM
JUN 23 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Friday, July 1, 2005 at 10:30 a.m. |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☒ Violation Notice

Charging you with a violation of Title ___18___ United States Code, Section(s) ___3148___

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

ORIGINAL

| MARILYN B. ALCON, Deputy Clerk | *signature* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| June 22, 2005 | |
| Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]    Date   125P   6/23/05 |

| Check one box below to indicate appropriate method of service |
|---|

☒ Served personally upon the defendant at:   Dede B. Dumanal
                                                            U.S. Marshal's Ofc.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    6/23/05              J.L.S. Solas
             Date                                      Name of United States Marshal
                                                              S/DUSM M. Ungacta
                                                              (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.