

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| United States of America | ) | USDC Cr. Cs. No. 05-00033-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DUMANAL, Dede Quintanilla, | ) | |
| Defendant. | ) | |

**Re: Supplemental Violation Report; Additional Violation Conduct**

On June 22, 2005, a Petition for Action on Conditions of Pretrial Release was filed with the Court. The defendant is alleged to have violated the following additional condition:

**Special Condition:** *The defendant shall participate in a Home Confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant is further restricted to her residence at all times except for medical needs or treatment, religious services, and Court appearances pre-approved by the Pretrial Services Office or supervising officer.*

**Special Condition:** *Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which are required as conditions of release.*

On June 28, 2005, this Officer received information from U.S. Probation Officer Judy Anne Ocampo that she believed Ms. Dumanal was utilizing an I.D. Caller feature on her telephone. On Saturday, June 25, 2005, Officer Ocampo spoke to Ms. Dumanal to address home confinement issues. Shortly thereafter, Officer Ocampo received a voice mail message from Ms. Dumanal, which stated "Hey, I'm just returning your call." Officer Ocampo had not given Ms. Dumanal her residential telephone number.

On June 28, 2005, an unannounced home visit was conducted at Ms. Dumanal's residence. It was observed then that in addition to the standard telephone that was connected to the field monitoring device, a cordless telephone was also being utilized in the home, which is a violation of the home confinement program. Ms. Dumanal stated that she receives calls from people who call her names and needs to know their phone numbers.

ORIGINAL

It should be noted that on April 12, 2005, this Officer reviewed the requirements of the home confinement program with Ms. Dumanal which included that she could not utilize a cordless phone. It should also be noted that on April 20, 2005, an Informational Report was filed for use of a cordless telephone, in violation of the home confinement program. At that time, this Officer instructed Ms. Dumanal to disconnect that phone during the duration of the home confinement program. This is Ms. Dumanal's fourth documented report for violations of the home confinement program.

**Supervision Compliance:** On June 20, 2005, Ms. Dumanal failed to report for her scheduled substance abuse counseling session. She reported that her automobile was in need of repairs. This Officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

**Recommendation:** This Officer respectfully requests that the Court incorporate this information with the violation report previously submitted to the Court on June 22, 2005.

Respectfully submitted,

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic David, Assistant U.S. Attorney
    Kim Savo, Defense Attorney
    File