DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
JUL 0 1 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00033     DATE: 07/01/2005     TIME: 10:31 a.m.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:31:47 - 10:39:45     CSO: B. Pereda

**************************APPEARANCES**************************

**DEFT: DEDE QUINTANILLA DUMANAL**     **ATTY: KIM SAVO**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON     AGENT:
U.S. PROBATION: JOHN SAN NICOLAS     U.S. MARSHAL: NONE PRESENT

**PROCEEDINGS:**     - INITIAL APPEARANCE
- ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PRETRIAL RELEASE IS GRANTED.

( X ) RELEASE CONDITIONS CONTINUED
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

The Court took note of the admissions by the defendant, however did not take action on the petition for revocation.

The Court gave a strong warning to the defendant to comply with her release conditions. Defendant was ordered released on the conditions previously imposed.