DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00033      DATE: 08/01/2005      TIME: 10:53 a.m.
***

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge    Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:53:01 - 11:05:42
Hearing Electronically Recorded: 11:06:51 - 11:18   CSO: F. Tenorio

*********************A P P E A R A N C E S*************************

**DEFT: DEDE QUINTANILLA DUMANAL**          **ATTY : KIM SAVO**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                AGENT:
U.S. PROBATION: MARIA CRUZ                  U.S. MARSHAL: F. TAITAGUE

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __50__  HIGH SCHOOL COMPLETED: __HIGH SCHOOL__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT I OF THE SUPERSEDING INDICTMENT CLASS B)
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __JULY 27, 2005__  PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __OCTOBER 31, 2005__ at __10:00 A.M.__  ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __SEPTEMBER 26, 2005__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. Amendment made to the plea agreement: Page 2, paragraph 2, line 9 replace "five (5)" to "three (3)". The Court executed the report and recommendation concerning Defendant's plea of guilty.

Courtroom Deputy: _[signature]_