**FILED**
DISTRICT COURT OF GUAM
AUG - 2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>DEDE QUINTANILLA DUMANAL<br>a.k.a. CLOTILDE BLAS DUMANAL,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00033<br><br>**CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE** |

    I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///

1 sentencing hearing at which the District Judge will decide whether to accept or reject any
2 associated plea agreement, and will determine and impose sentence.
3   DATED this __1__ day of August 2005.

*/s/* Dede Q. Dumanal
DEDE QUINTANILLA DUMANAL
a.k.a. CLOTILDE BLAS DUMANAL
Defendant

*/s/* Kim Savo
KIM SAVO, Assistant Federal Public Defender
Attorney for Defendant

APPROVED:

*/s/*
MARIVIC P. DAVID
Assistant U.S. Attorney