1

2 **FILED**

3 DISTRICT COURT OF GUAM

4 AUG - 2 2005

5 **MARY L.M. MORAN**
**CLERK OF COURT**
6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE TERRITORY OF GUAM
9

10
UNITED STATES OF AMERICA,  )  CRIMINAL CASE NO. 05-00033
11                          )
                Plaintiff.  )
12                          )  **REPORT AND RECOMMENDATION**
        vs.                  )  **CONCERNING PLEA OF GUILTY**
13                          )  **IN A FELONY CASE**
DEDE QUINTANILLA DUMANAL    )
14 a.k.a. CLOTILDE BLAS DUMANAL, )
                            )
15             Defendant.    )
                            )
16

17      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P.,

18 and has entered a plea of guilty to Count I of a Superseding Indictment charging her with

19 Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1)

20 and(b)(1)(B)(vii). After examining the defendant under oath, I have determined that the

21 defendant is fully competent and capable of entering an informed plea, that the guilty plea was

22 intelligently, knowingly and voluntarily made, and that the offense charged is supported by an

23 independent basis in fact establishing each of the essential elements of such offense. I therefore

24 recommend that the plea

25 ///

26 ///

27 ///

28 ///

///

of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this _1st_ day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**