# United States District Court

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA | SUBPOENA IN A CRIMINAL CASE |
|---|---|
| V. | |
| DEDE QUINTANILLA DUMANAL a/k/a CLOTILDE BLAS DUMANAL | CASE NUMBER: 05-00033 |

TO: Scott G. Wade
   Sergeant
   Guam Police Department

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court | Fourth Floor, U.S. Courthouse |
| 520 West Soledad Ave. | DATE AND TIME |
| Hagatna, Guam | 07-12-2005 09:00am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

**FILED**
DISTRICT COURT OF GUAM

AUG - 3 2005

MARY L.M. MORAN
CLERK OF COURT

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran | |
| (BY) DEPUTY CLERK | 06-01-2005 |
| *[signature]* | *[signature]* |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagatna, Guam (671) 472-7332

This form was electronically produced by Elite Federal Forms, Inc.

Case 1:05-cr-00033  Document 29  Filed 08/03/2005  Page 1 of 2

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

| | PROOF OF SERVICE | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE 6/10/05 | PLACE DEA Guam RO |
| SERVED ON (PRINT NAME) Scott Wade | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME) John Y. Anderson | | TITLE SA, DEA |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/10/05
Date

Signature of Server

DEA Guam RO
Address of Server

ADDITIONAL INFORMATION