# ORIGINAL

# United States District Court

### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**V.**<br><br>DEDE QUINTANILLA DUMANAL<br>a/k/a CLOTILDE BLAS DUMANAL | **SUBPOENA IN A CRIMINAL CASE**<br><br><br>CASE NUMBER: 05-00033 |

TO: Tommy Norberto Garcia

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court | Fourth Floor, U.S. Courthouse |
| 520 West Soledad Ave. | **DATE AND TIME** |
| Hagatna, Guam | 07-12-2005 09:00am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

**FILED**

DISTRICT COURT OF GUAM

AUG - 3 2005

**MARY L.M. MORAN
CLERK OF COURT**

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran | |
| (BY) DEPUTY CLERK | 06-01-2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagatna, Guam (671) 472-7332

This form was electronically produced by Elite Federal Forms, Inc.

11:20 am

# PROOF OF SERVICE

| | | | |
|---|---|---|---|
| **RECEIVED BY SERVER** | DATE 6/1/05 | PLACE U.S. Attorney's Office (District of Guam) | |
| **SERVED** | DATE 6/2/05 | PLACE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

| SERVED ON (PRINT NAME) Tommy N. Garcia | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES  ☐ NO  AMOUNT $ _____ |

| SERVED BY (PRINT NAME) Danny Cho | TITLE SA, DEA |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____6/2/05_____
　　　　　　　　　Date

_Signature of Server_

_____DEA Guam RO_____
_Address of Server_

**ADDITIONAL INFORMATION**