ORIGINAL


DISTRICT COURT OF GUAM

AUG - 3 2005

MARY L.M. MORAN
CLERK OF COURT

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

DEDE QUINTANILLA DUMANAL
a/k/a CLOTILDE BLAS DUMANAL

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 05-00033

TO: Frank R. Santos
Police Officer III
Guam Police Department

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | Fourth Floor, U.S. Courthouse |
| | DATE AND TIME |
| | 07-12-2005 09:00am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran | |
| (BY) DEPUTY CLERK | 06-01-2005 |
| *[signature]* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagatna, Guam (671) 472-7332

This form was electronically produced by Elite Federal Forms, Inc.

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 6/1/05 | U.S. Attorney's Office (District of Guam) |
| SERVED | 6/2/05 | DEA Guam RO |

SERVED ON (PRINT NAME)
Frank R. Santos

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES ☐ NO  AMOUNT $ _____

SERVED BY (PRINT NAME)
Danny Cho

TITLE
SA, DEA

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/2/05
             Date

Signature of Server

DEA Guam RO
Address of Server

ADDITIONAL INFORMATION