ORIGINAL

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

**FILED**
DISTRICT COURT OF GUAM

AUG - 3 2005 

MARY L.M. MORAN
CLERK OF COURT

# United States District Court

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

DEDE QUINTANILLA DUMANAL
a/k/a CLOTILDE BLAS DUMANAL

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-00033

TO: Franklin J. Guiterrez

Customs & Quarantine Officer II

Guam Customs & Quarantine Agency

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | Fourth Floor, U.S. Courthouse |
| | DATE AND TIME |
| | 07-12-2005 09:00am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran | |
| (BY) DEPUTY CLERK | 06-01-2005 |
| *[signature]* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagatna, Guam (671) 472-7332

This form was electronically produced by Elite Federal Forms, Inc.

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES ☐ NO AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
        Date

_____
Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

"Not served - trial continued."

*[signature]*
GREGORY E. HELM
Litigation Support Specialist
U.S. Attorney's Office
District of Guam