# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Dede Quintanilla Dumanal,<br><br>　　　　Defendant. | Case No. 1:05-cr-00033<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case, filed August 3, 2005*** on the dates indicated below:

*U.S. Attorney's Office*　　*Federal Public Defender*
*August 3, 2005*　　　　　*August 3, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge, filed August 3, 2005; and Report and Recommendation Concerning Plea of Guilty in a Felony Case, filed August 3, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 8, 2005　　　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk