PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: __Dede Quintanilla Dumanal__    Docket No. __CR#05-00033-001__

**Petition for Action on Conditions of Pretrial Release**

COMES NOW __JOHN W. SAN NICOLAS II__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Dede Quintanilla Dumanal__ who was placed under pretrial release supervision by the Honorable __Joaquin V.E. Manibusan, Jr., Magistrate Judge__ sitting in the court at __Hagatna, Guam__ on the __11th__ date of __April__, 20 __05__ under the following conditions:

*Please see Order Setting Conditions of Release filed on April 11, 2005 and Amended Order Setting Conditions of Release filed on April 19, 2005.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

*(If short insert here; if lengthy write on separate sheet and attach)*

*Please see attached violation report.*

**FILED**
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

PRAYING THAT THE COURT WILL

*Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.*

ORDER OF COURT

Considered and ordered this __18th__ day of __August__, 20 __05__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

Respectfully,
_____
John W. San Nicolas II
U.S. Pretrial Services Officer

Place: __Hagåtña, Guam__

Date: __August 9, 2005__

**RECEIVED**
AUG 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| United States of America<br>Plaintiff,<br><br>vs.<br><br>DUMANAL, Dede Quintanilla,<br>Defendant. | ) USDC Cr. Cs. No. 05-00033-001<br>)<br>)<br>) **DECLARATION IN SUPPORT OF PETITION**<br>)<br>)<br>)<br>)<br>) |

**Re: Violation Report, Request for a Summons**

I, U.S. Probation Officer John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial for Dede Quintanilla Dumanal, and in that capacity declare as follows:

On April 4, 2005, Dede Quintanilla Dumanal made an Initial Appearance in U.S.D.C. Criminal Case Number 05-00033 on an Indictment charging her with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B)(viii) and Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C., § 841(a)(1) & (b)(1)(C). Ms. Dumanal was detained without bail.

On April 11, 2005, at a detention hearing, the defendant was released on a personal recognizance bond with conditions that she report to the U.S. Probation Office as instructed, surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; maintain a fixed address; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to random urinalysis testing as instructed; refrain from obstructing or attempting to obstruct with testing or electronic monitoring; participate in home incarceration with electronic monitoring; report any contact with law enforcement personnel; participate in substance abuse treatment; not leave Guam without permission; and stay away from all ports of entry or exit. On April 19, 2005, conditions were modified by the Court to include placing the defendant on home detention with electronic monitoring instead of home incarceration.

On April 18, 2005, April 20, 2005, and May 24, 2005, Informational Reports were filed with the Court after Ms. Dumanal failed to comply with the requirements of the home confinement program.

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for Summons
Re:   DUMANAL, Dede Quintanilla
USDC Cr. Cs. No. 05-00033-001
August 9, 2005
Page 2

On June 15, 2005, a Superceding Indictment was handed down by the Grand Jury, charging Ms. Dumanal with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C., § 841(a)(1) & (b)(1)(B)(viii), Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C., § 841(a)(1) & (b)(1)(C), and Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C., § 841(a)(1), (b)(1)(A)(viii) and 846. On June 16, 2005, she made an Initial Appearance to the Superceding Indictment. She was released on the same conditions previously imposed.

On June 22, 2005, a Petition for Action was filed with the Court after Ms. Dumanal admitted to taking percocet pills and failed to provide an adequate sample for urinalysis. On June 30, 2005, a Supplemental Violation Report was filed with the Court for additional home confinement program violations. On July 1, 2005, Ms. Dumanal appeared in Court for a hearing, and admitted to the violations listed. The Court admonished her and ordered her released on the conditions previously imposed.

On August 1, 2005, Ms. Dumanal pleaded guilty to Count I of the Superceding Indictment. The remaining counts are to be dismissed upon sentencing. Sentencing is set for October 31, 2005. Ms. Dumanal is alleged to have violated the following condition of release:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On July 29, 2005, Ms. Dumanal tested presumptive positive for methamphetamine on a urinalysis conducted at the drug testing vendor, The Partnership of Melendez and Benavente. The sample was sent to Quest Laboratories for confirmation testing because she denied use of illicit substances. On August 1, 2005, 2005, this Officer met with Ms. Dumanal to discuss the presumptive positive result. She denied use of illicit substances, and was advised that this Officer would await the laboratory report to determine for further action.

On August 4, 2005, this Officer received the laboratory report which indicated a positive result for methamphetamine and amphetamines for the July 29, 2005 drug test. On August 5, 2005, this Officer met with Ms. Dumanal again to discuss the laboratory report. She continued to deny use of illicit substances, even after being confronted with the laboratory report. She stated that she "drinks green tea, but does not use drugs anymore." This is Ms. Dumanal's second documented positive for use of illicit substances.

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for Summons
Re:  DUMANAL, Dede Quintanilla
USDC Cr. Cs. No. 05-00033-001
August 9, 2005
Page 3

**Supervision Compliance:** The probation officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

**Recommendation:** The Probation Officer respectfully requests that pursuant to 18 U.S.C. §3148, that this matter be scheduled for a hearing and a summons be issued for the defendant's appearance at that hearing to determine if her bail should be revoked or modified.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Marivic David, Assistant U.S. Attorney
      Kim Savo, Defense Attorney
      File