**FILED**

**DISTRICT COURT OF GUAM**

**AUG 2 3 2005**

~~MARY L.M. MORAN~~
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

DISTRICT OF

### UNITED STATES OF AMERICA
### V.

### DEDE QUINTANILLA DUMANAL

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:     **CR-05-00033**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **4ᵗʰ FLOOR, U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE**<br>**HAGATNA, GUAM 96910** | **COURTROOM** |
| | Date and Time |
| Before:     **Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge** | **Wednesday, August 24, 2005 at 9:30 a.m.** |

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   **X** Violation Notice

Charging you with a violation of Title _____**18**_____ United States Code, Section(s) _____**3148**_____

Brief description of offense:

**INITIAL APPEARANCE RE VIOLATION OF PRETRIAL RELEASE CONDITIONS**

**LEILANI R. TOVES HERNANDEZ, DEPUTY CLERK**
Name and Title of Issuing Officer

Signature of Issuing Officer

**AUGUST 19, 2005**
Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 08/23/05 |

### Check one box below to indicate appropriate method of service

☒     Served personally upon the defendant at:     USMS Front Counter Hagatna Guam

☐     Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐     Returned unexecuted:

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    08/23/05
        Date

J. L. G. Salas
Name of United States Marshal

SDUSM W Gray
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.