# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00033**           **DATE: 08/24/2005**

**HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge**     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                 Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:39:20 - 9:55:38          CSO: J. Lizama / L. Ogo

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: DEDE QUINTANILLA DUMANAL**                  **ATTY: KIM SAVO**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**                    **AGENT:**
**U.S. PROBATION: ROBERT CARREON**                  **U.S. MARSHAL: W. GRAY**

**PROCEEDINGS:** INITIAL APPEARANCE RE: VIOLATION OF PRETRIAL RELEASE CONDITIONS

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( X ) DEFENDANT TO REMAIN AT LIBERTY
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

The Court noted for the record that it has received a statement by Defendant admitting to the allegations. Defense counsel advised the Court that she has received a doctor's recommendation stating that Defendant needs 24 hours medical care. She provided the Court a copy of the doctor's note. Defendant addressed the Court. Government counsel stated that Defendant is currently undergoing drug treatment and takes no position on the matter. The Court stated that Defendant may allow a family member to assist her as a care giver but that Mr. Joseph E. Perez, a convicted felon cannot act as her caregiver until such time as they are lawfully married.