

**FILED**
DISTRICT COURT OF GUAM
AUG 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00033 |
| Plaintiff. | |
| vs. | **ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |
| DEDE QUINTANILLA DUMANAL a.k.a. CLOTILDE BLAS DUMANAL, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of a Superseding Indictment charging her with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 29 day of August 2005.

_____
S. JAMES OTERO*
District Judge

---

\* The Honorable S. James Otero, United States Chief District Judge for the Central District of California, sitting by designation.