JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DEDE QUINTANILLA DUMANAL

FILED
DISTRICT COURT OF GUAM
SEP 16 2005 ?P
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 05-00033 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | |
| DEDE QUINTANILLA DUMANAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Marivic David, United States Probation Officer Maria Cruz, and DEDE QUINTANILLA DUMANAL, by and through her attorney of record, Kim Savo, Assistant Federal Public Defender that sentencing in this matter shall be continued for thirty (30) days.

IT IS FURTHER STIPULATED that sentencing was originally set for October 31, 2005 at 10:00 a.m. The presentence report is currently due on September 26, 2005. United

States Probation indicates that it would like additional time in which to prepare the presentence report. Defense counsel has been attempting to retain a forensic psychologist for purposes of sentencing mitigation. The psychologist is not available before October 15, 2005. Defense counsel will be off-island from September 17, 2005 through September 26, 2005. Defense counsel requires additional time in which to have the Ms. Dumanal examined, for the pyschologist to prepare a report, and to review that report prior to sentencing. The government has no objection to continuing sentencing.

DATED: Mongmong, Guam, September 15, 2005.

_____
KIM SAVO
Attorney for Defendant
DEDE QUINTANILLA DUMANAL

DATED: Hagatna, Guam, 9/15/05.

_____
MARIA CRUZ
United States Probation Office

DATED: Hagatna, Guam, 9/16/05.

_____
MARIVIC DAVID
Attorney for Plaintiff
United States of America

2