ORIGINAL

JOHN T. GORMAN
Federal Public Defender
KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DEDE QUINTANILLA DUMANAL

**FILED**
DISTRICT COURT OF GUAM
SEP 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEDE QUINTANILLA DUMANAL,<br><br>Defendant. | CRIMINAL CASE NO. 05-00033<br><br>**ORDER** RE:<br>STIPULATION TO CONTINUE<br>SENTENCING FOR 30 DAYS |

The Stipulation filed on September 16, 2005 to continue the October 31, 2005 sentencing date is Hereby Approved and So Ordered. The sentencing hearing shall be continued to December 14, 2005 at 9:15 a.m.[1] The presentence report shall be provided to the parties no later than October 25, 2005. The parties shall file their responses to the presentence report no later than November 8 2005. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than November 22, 2005.

DATED: Hagåtña, Guam, 9/21/2005.

HON. JOAQUIN V. E. MANIBUSAN, JR.
United States Magistrate Judge

---

[1] The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, shall preside over the sentencing hearing.