# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM
### PROBATION OFFICE

FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 473-9201
FAX: (671) 473-9202



**N.M.I. OFFICE**
HORIGUCHI BUILDING RM 4D
P.O. BOX 502089
SAIPAN, MP 96950
TEL: (670) 236-2991
FAX: (670) 236-2992

November 3, 2005



FILED
DISTRICT COURT OF GUAM

NOV - 4 2005

MARY L.M. MORAN
CLERK OF COURT

The Honorable William H. Alsup
U.S. District Judge
U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: **DEDE QUINTANILLA DUMANAL**
U.S.D.C. CR05-00033-001

**EXTENSION OF PRESENTENCE REPORT FILE DATE AND SENTENCING**

Dear Judge Alsup:

On August 1, 2005, Dede Quintanilla Dumanal pleaded guilty to a Superceding Indictment which charged her with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii). The Court set a Sentencing hearing for December 14, 2005, and the U.S. Probation Office was ordered to submit a presentence report to the parties on October 25, 2005.

On October 17, 2005, this probation officer experienced a death in her immediate family and returned to work on October 31, 2005. In addition, Assistant Federal Public Defender Kim Savo indicated that she is awaiting receipt of the defendant's psychological report from Dr. Pamina Hofer. The contents of the psychological report need to be included in the presentence report.

The probation officer respectfully requests that the filing date for the draft presentence report be continued to November 17, 2005, that the final presentence report be due to the court on December 14, 2005, and that the Sentencing hearing be scheduled to January 10, 2006 or at a date to be determined by the court.

Extension of Presentence Report
File Date and Sentencing
Re: DEDE QUINTANILLA DUMANAL
U.S.D.C. CR05-00033-001
Page 2

Assistant U.S. Attorney Marivic David and Assistant Federal Public Defender Kim Savo have no objections to this request.

Respectfully submitted,

_____
MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
Kim Savo, Assistant Federal Public Defender

**RECEIVED**
NOV - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM