
DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>DEDE QUINTANILLA DUMANAL<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 05-00033-001<br><br><br><br>ORDER |

Upon a request by the United States Probation Office, it is hereby ORDERED that the presentence report due date in the above-captioned case is extended to November 17, 2005, that the final presentence report be due to the court on December 14, 2005, and that the Sentencing hearing be scheduled to January 10, 2006 at 4:30 a.m./p.m.

Dated this 4 day of Nov 2005.

WILLIAM H. ALSUP
Designated U.S. District Judge
District Court of Guam

RECEIVED
NOV - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL