LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> DEDE QUINTANILLA DUMANAL ) <br> a/k/a CLOTILDE BLAS DUMANAL, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00033 <br><br> GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND MOTION FOR ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following comments:

1. Paragraph 25 of the PSR should not reflect a two-level decrease under USSG §2D1.1(b)(7) since the defendant does not meet the criterion of the "safety valve" under USSG §5C1.2(a)(5):

> not later than the time of the sentencing hearing, the defendant has truthfully provided to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan, but the fact that the defendant has no relevant or other useful information to provide or that the Government is already aware of the information shall not preclude a determination by the court that the defendant has complied with this requirement.

2. Paragraph 30 of the PSR should reflect a three-level decrease for acceptance of responsibility under USSG § 3E1.1. The defendant timely notified the government of her intention to enter a plea of guilty at a sufficiently early stage in the process so that the government was able to avoid preparing for trial, and the court was able to schedule its calendar efficiently.

Dated this 21st day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

2