ORIGINAL

JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DEDE QUINTANILLA DUMANAL

**FILED**
DISTRICT COURT OF GUAM

DEC 27 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) 05-00033-001 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) SENTENCING HEARING |
| vs. | ) |
| DEDE QUINTANILLA DUMANAL aka<br>CLOTILIDE BLAS DUMANAL | ) |
| Defendant. | ) |

## STIPULATION TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently set for January 10, 2006 be continued and held during the month of February, at a date and time convenient to the court.

The parties request this new Sentencing Hearing date, to allow the defendant to meet

with the government for purposes of U.S.S.G. 5C1.2 (Safety Valve). Counsel spoke to the AUSA, prior to her leaving Guam for the holidays, regarding setting up a meeting pursuant to U.S.S.G. 5C1.2(a)(5). The AUSA left on December 9, 2005 and will not return until January 5, 2006. On December 12, 2005, counsel for the defendant contacted the case agent to set up the meeting, however he indicated he wanted the AUSA present at the meeting.

Additional time is needed to allow the parties to set up a meeting pursuant to 5C1.2(a)(5).

//

//

2

Case 1:05-cr-00033   Document 53   Filed 12/27/2005   Page 2 of 3

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 27, 2005.

_____
ALEXANDER A. MODABER
Attorney for Defendant
DEDE QUINTANILLA DUMANAL

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
MARIA C. CRUZ
United States Probation Officer

3