JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DEDE QUINTANILLA DUMANAL

**FILED**
DISTRICT COURT OF GUAM

DEC 29 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 05-00033-001 |
| Plaintiff, | ) ORDER re: STIPULATION TO<br>) CONTINUE SENTENCING HEARING |
| vs. | ) |
| DEDE QUINTANILLA DUMANAL, | ) |
| Defendant. | ) |

The Stipulation filed on 12/27/05 is HEREBY APPROVED and So ORDERED that the Sentencing Hearing be continued to February 13th, 2006 at 10:30 a.m.

DATED: Hagatna, Guam, 12/29/05.

The Honorable JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**RECEIVED**
DEC 27 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**