# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 30 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br><br><br> DEDE QUINTANILLA DUMANAL <br> a/k/a CLOTILDE BLAS DUMANAL, <br><br> Defendant. | CRIMINAL CASE NO. 05-00033 <br><br> **GOVERNMENT'S SUPPLEMENTAL RESPONSE TO PRESENTENCE INVESTIGATION REPORT** |

Comes now the United States and supplements its response to the Presentence Investigation Report (PSR):

1. On January 27, 2006, the defendant, with her counsel Assistant Federal Public Defender Alex Modaber, met with DEA Special Agent Danny Cho and undersigned counsel, and provided information the defendant had concerning the offenses that were part of the same course of conduct or common scheme or plan within the meaning of the "safety valve" under USSG §5C1.2(a)(5).

2. Paragraph 25 of the PSR should now reflect a two-level decrease since the defendant now meets the criteria of the safety valve under USSG §5C1.2(a)(5). The adjusted Total Offense Level

under Paragraph 31 of the PSR should reflect a Level 21, and under Criminal History Category I, an advisory guideline range of 37 months to 46 months.

Dated this 30th day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2