DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**


DISTRICT COURT OF GUAM
FEB 13 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00033**  **DATE:** February 13, 2006

HON. LARRY ALAN BURNS, Designated Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:27:39 - 11:18:10

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. Lizama

* * * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** DEDE QUINTANILLA DUMANAL
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.

**ATTY:** ALEX MODABER
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID

AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: MARIA CRUZ

U.S. MARSHAL: NONE PRESENT

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:        Total offense level:        Criminal History Category:

   **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) **ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:**
Requested for the Court to consider the defendant's history when imposing sentence and impose a sentence of time served with the maximum supervised release allowable, to include home detention with electronic monitoring.

( X ) **DEFENDANT ADDRESSES THE COURT AND APOLOGIZES**

( X ) **GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:**
Supports the recommendation of the Probation Office.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

Defense requested for a 30 day self-surrender date.

Defense moved for a brief continuance to allow counsel to research for alternative drug treatment programs and facilities. The Court Granted the continuance to Thursday, February 16, 2006 at 9:30 a.m.

The Court also instructed the probation officer to research for drug treatment programs.

Courtroom Deputy: ___