DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
*CONTINUED SENTENCING*

**FILED**
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00033                    DATE: February 16, 2006

***

HON. LARRY ALAN BURNS, Designated Judge          Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                      Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:48:50 - 9:52:56    CSO: J. McDonald / J. Lizama

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: DEDE QUINTANILLA DUMANAL**                **ATTY: JOHN GORMAN**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                      AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: MARIA CRUZ                        U.S. MARSHAL: NONE PRESENT

***

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:            Total offense level:            Criminal History Category:

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defense counsel provided status to the Court regarding information of the treatment facilities, however, requested for additional time for further research. Government had no objections.

The Court Granted the continuance to April 4, 2006 at 11:30 a.m. for sentence to be rendered by Judge Benitez.

Defendant was released on personal recognizance bond as previously ordered and was warned to abide the conditions, most especially to refrain from drug use.

Courtroom Deputy: