DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
*SENTENCING*

**FILED**
DISTRICT COURT OF GUAM
APR -5 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00033                             DATE: APRIL 4, 2006

HON. ROGER T. BENITEZ, Designated Judge          Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                      Courtroom Deputy: Virgina T. Kilgore/Glenn Rivera
Hearing Electronically Recorded: 11:40.43 - 12:12.00   CSO: J. Lizama

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: DEDE QUINTANILLA DUMANAL**                **ATTY: ALEXANDER MODABER**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                     AGENT: NONE PRESENT

U.S. PROBATION: MARIA CRUZ                       U.S. MARSHAL: DAVE PUNZALAN

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS
    Base offense level: 21    Total offense level: 15    Criminal History Category: I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( X ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

GOVT ORAL MOTION TO DISMISS COUNTS 2 AND 3 OF THE SUPERSEDING INDICTMENT - GRANTED

Courtroom Deputy:

| SENTENCE: | CR-05-00033 | DEFENDANT: DEDE QUINTANILLA DUMANAL |

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>18 MONTHS.</u>

( X ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS: <u>DEFT BE ALLOWED TO PARTICIPATE IN THE 500-HOUR DRUG TREATMENT PROGRAM.</u>

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>4 YEARS</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. SHE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE.

5. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

7. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

9. NOT ASSOCIATE WITH KNOWN DRUG USERS AND KNOWN DRUG TRAFFICKERS.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY TO A SPECIAL ASSESSMENT FEE OF $100.00.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS.

DEFENDANT TO SELF-SURRENDER TO THE UNITED STATES MARSHALS ON MAY 5, 2006 AT 12:00PM.

GOVT ORAL MOTION TO DISMISS 2 AND 3 OF THE SUPERSEDING INDICTMENT - GRANTED

Courtroom Deputy: ____