# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Dede Quintanilla Dumanal<br>aka Clotide Blas Dumanal,<br><br>    Defendant. | Case No. 1:05-cr-00033<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed April 11, 2006 and Notice of Entry filed April 12, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *April 12, 2006* | *April 12, 2006* | *April 12, 2006*<br>*Judgment Only* | *April 13, 2006*<br>*Judgment Only* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed April 11, 2006 and Notice of Entry filed April 12, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 13, 2006            /s/ Marilyn B. Alcon
                            Deputy Clerk