FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 05-00033-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION FOR** |
| vs. | ) | **RELEASE OF PASSPORT** |
| | ) | |
| DEDE QUINTANILLA DUMANAL | ) | |
| a.k.a. CLOTILDE BLAS DUMANAL | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer ROSSANNA VILLAGOMEZ-AGUON, in the above-captioned case and requests for the release of U.S. Passport, Number XXXXXXXX, to the defendant, Dede Quintanilla Dumanal. The passport was transferred to the custody of the U.S. Probation Office for transmission to the United States Department of State, Office of Passport Policy and Advisory Services. However, the defendant will be released from the custody of the Bureau of Prisons on August 15, 2007, and will begin serving her 48 month term of supervised release.

Dated this 13th day of June 2007.

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer